UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiff,

- against -

SPUN BAMBOO, LLC,

        Defendant.

22-cv-3613 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 12, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
          July 5, 2022

                                      John G. Koeltl
                                United States District Judge